MEMORANDUM OPINION




Nos. 04-04-00461-CR, 04-04-00462-CR, 04-04-00463-CR, and 04-04-00464-CR



Lennie Howard CHRISTIE,


Appellant



v.



The STATE of Texas,


Appellee



From the 399th Judicial District Court, Bexar County, Texas


Trial Court Nos. 2002-CR-2523, 2002-CR-2524, 2002-CR-2525, and 2002-CR-2526


Honorable Juanita E. Vasquez-Gardner, Judge Presiding



PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: January 12, 2005


APPEALS DISMISSED

 Appellant has filed a motion to dismiss appeal numbers 04-04-00461-CR, 04-04-00462-CR,
04-04-00463-CR, and 04-04-00464-CR by withdrawing his notice of appeal. We grant appellant's
motion. Appeal numbers 04-04-00461-CR, 04-04-00462-CR, 04-04-00463-CR, and 04-04-00464-CR are dismissed. See Tex. R. App. P. 42.2(a).


 PER CURIAM

Do not publish